1

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORAL ELLIOTT, <br><br> Plaintiff, <br><br> vs. <br><br> C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED, <br><br> Defendants. | NO. 2:19-CV-01473-RSM <br><br> ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES |

THIS MATTER has come on for hearing before the Court on Defendants' Motion to Stay Discovery and All Pretrial Deadlines. The Court has considered the Motion, and the submissions in support and opposition thereto, if any, and is fully apprised in the premises.

NOW, THEREFORE, it is hereby ORDERED that discovery and all pretrial deadlines shall be stayed until November 15, 2019, to provide sufficient time for the Parties to pursue discussions regarding settlement in this matter.

DATED this 16 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION TO STAY DISCOVERY AND          - 1 -
ALL PRETRIAL DEADLINES

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

elliott 19-1473 stay/101619 1020/8284-0008

1    Presented by:

2    BETTS, PATTERSON & MINES, P.S.

3

4    By _/s Christopher W. Tompkins_
     Christopher W. Tompkins, WSBA #11686

5    Natasha A. Khachatourians, WSBA #42685
     Attorneys for Defendants C R Bard

6    Incorporated and Bard Peripheral
     Vascular Incorporated

7

8    NELSON MULLINS RILEY & SCARBOROUGH LLP

9

10   By _/s James F. Rogers_
     James F. Rogers, *Admitted Pro Hac Vice*

11   Attorney for Defendants C R Bard
     Incorporated and Bard Peripheral

12   Vascular Incorporated

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING DEFENDANTS'
MOTION TO STAY DISCOVERY AND          - 2 -
ALL PRETRIAL DEADLINES

elliott 19-1473 stay/101619 1020/8284-0008

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988