The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORAL ELLIOTT,<br><br>            Plaintiff,<br><br>  vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>            Defendants. | NO. 2:19-cv-01473-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE . |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
NO. 2:19-cv-01473-RSM
1548428

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Dated this 17th day of March 2020.

| LAW OFFICES OF THOMAS C. PATTON | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By  s/ Thomas C. Patton<br>Thomas C. Patton, WSBA #36117<br>8 North State Street<br>Lake Oswego, OR 97304<br>T: (503) 546-3357<br>Tom@tompatonlaw.com | By  s/ Christopher W. Tompkins<br>Christopher W. Tompkins, WSBA #11686<br>Natasha A. Khachatourians, WSBA #42685<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle, Washington, 98101-3927<br>Telephone: 206-292-9988<br>ctompkins@bpmlaw.com<br>nkhachatourians@bpmlaw.com<br><br>James F. Rogers<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street, 17th Floor<br>Meridian<br>Columbia, South Carolina 29021<br>Telephone: 803-799-2000<br>jim.rogers@nelsonmullins.com<br><br>Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated |

## ORDER

The Court has considered the Stipulation of Dismissal without Prejudice of Plaintiff Loral Elliott, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss Without Prejudice of Loral Elliott be granted. The claims of Loral Elliott are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
NO. 2:19-cv-01473-RSM
1548428

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**DATED** this 18 day of March 2020

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
NO. 2:19-cv-01473-RSM
1548428

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988